UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MOSS, GAIL A                        §   Case No. 10-08059
                                    §
_____Debtor(s)_____           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF THE U.S. BANKRUPTCY COURT
     219 S. Dearborn Street
     Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/15/2013 in Courtroom 613,
     Everett McKinley Dirksen U.S. Courthouse
     219 S. Dearborn Street
     Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/15/2013    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MOSS, GAIL A § Case No. 10-08059
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,266.00 |
| and approved disbursements of | $ | 29.72 |
| leaving a balance on hand of[1] | $ | 8,236.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,576.60 | $ 0.00 | $ 1,576.60 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 1,433.00 | $ 0.00 | $ 1,433.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 0.45 | $ 0.00 | $ 0.45 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,010.05 |
| Remaining Balance | $ 5,226.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,530.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES AKA BANK OF AMERICA | $ 27,401.45 | $ 0.00 | $ 1,026.34 |
| 000002 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS | $ 25,372.01 | $ 0.00 | $ 950.33 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ 10,987.07 | $ 0.00 | $ 411.53 |
| 000005 | FIA CARD SERVICES, N.A. SUCCESSOR TO | $ 25,094.85 | $ 0.00 | $ 939.95 |
| 000006 | STATE FARM BANK, FSB | $ 50,675.28 | $ 0.00 | $ 1,898.08 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,226.23 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-08059-TAB
Gail A Moss  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: cgreen                 Page 1 of 2                  Date Rcvd: Apr 16, 2013
                             Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2013.
db          +Gail A Moss,    220 Charles Place,    Wilmette, IL 60091-3008
aty         +Frank/Gecker LLP,    325 N LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
aty         +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
15169513     ABN AMRO Mortgage Group,    PO Box 79022 MS322,    Saint Louis, MO 63179
15169516    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15169517     Capital One,    PO Box 30285,    Saint Louis, MO 63179-0217
15688522     Capital One Bank (USA), N.A.,     by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
15169519     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15169518     Chase,    Bank One Card Serv,    Westerville, OH 43081
15169520     Citi Mortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
15204290     CitiMortgage, Inc,    1000 Technology Drive,    O Fallon, Missouri 63368-2240
17008984    #CitiMortgage, Inc.,    P O Box 140609,    Irving, TX 75014-0609
18538841     FIA CARD SERVICES, N.A. successor to,     Bank of America NA & MBNA America,    Bank NA,
               PO Box 15102,    Wilmington, DE 19886-5102
15493491     FIA Card Services aka Bank of America,     c/o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
18788553     State Farm Bank, FSB,    Attn: BCC Bankruptcy,    PO Box 2328,    Bloomington IL 61702-2328
15169521    +State Farm Fncl Svcs F,    Attn: Loan Servicing,    Po Box 5961,    Madison, WI 53705-0961
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15659796     E-mail/Text: resurgentbknotifications@resurgent.com Apr 17 2013 02:02:07
             LVNV Funding LLC its successors and assigns as,     assignee of CHASE BANK USA, NA,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15169514    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15169515    ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cgreen              Page 2 of 2                   Date Rcvd: Apr 16, 2013
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2013 at the address(es) listed below:
          Donna B Wallace   on behalf of Debtor Gail A Moss dbwallace@ameritech.net
          Donna B Wallace   on behalf of Plaintiff Gail A Moss dbwallace@ameritech.net
          Frances Gecker    fgecker@fgllp.com,
       fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Gloria C Tsotsos   on behalf of Creditor   CitiMortgage, Inc nd-two@il.cslegal.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski   on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
      csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                                                                                   TOTAL: 6