UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
MOSS, GAIL A                        §    Case No. 10-08059
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CITIMORTGAGE, INC. | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 30285 Saint Louis, MO 63179-0217 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | FIA CARD SERVICES AKA BANK OF AMERI | | | | | |
| 000005 | FIA CARD SERVICES, N.A. SUCCESSOR T | | | | | |
| 000002 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000006 | STATE FARM BANK, FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-08059 | TAB | Judge: Timothy A. Barnes | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MOSS, GAIL A | | | Date Filed (f) or Converted (c): | 12/22/11 (c) |
| | | | | 341(a) Meeting Date: | 01/27/12 |
| For Period Ending: 06/21/13 | | | | Claims Bar Date: | 05/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. LOCATION: 220 CHARLES PLACE, WILMETTE IL TOWNHOUSE | 305,000.00 | 0.00 | | 0.00 | FA | 377,632.00 | 0.00 |
| 2. US BANK CHECKING ACCOUNT XXXXXXXX5101  Debtor Claimed Exemption | 1,180.43 | 0.00 | | 0.00 | FA | 0.00 | 1,180.43 |
| 3. ETRADE ACCOUNT - (STOCK OPTION ACCOUNT) DEBTOR CAN | 14,500.00 | 14,500.00 | | 3,266.00 | FA | 0.00 | 0.00 |
| 4. FURNISHINGS FOR 3 BEDROOM TOWNHOUSE W/ REC ROOM, G  Debtor Claimed Exemption | 1,500.00 | 271.36 | | 0.00 | FA | 0.00 | 1,228.64 |
| 5. 300 BOOKS, 300 CDS | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. AVERAGE WARDROBE | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7. JEWELRY | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. DIGITAL CAMERA | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. CME GROUP PENSION PLAN | 76,041.57 | 0.00 | | 0.00 | FA | 0.00 | 76,041.57 |
| 10. CME 401K  Debtor Claimed Exemption | 80,085.76 | 0.00 | | 0.00 | FA | 0.00 | 80,085.76 |
| 11. SURS (STATE UNIVERSITIES RETIREMENT SYSTEM) | 22,610.28 | 0.00 | | 0.00 | FA | 0.00 | 22,610.28 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

Case No: 10-08059 TAB Judge: Timothy A. Barnes  
Case Name: MOSS, GAIL A

Trustee Name: Frances Gecker  
Date Filed (f) or Converted (c): 12/22/11 (c)  
341(a) Meeting Date: 01/27/12  
Claims Bar Date: 05/04/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Debtor Claimed Exemption | | | | | | | |
| 12. CHARLES SCHWAB IRA ROLLOVER XXX-6326  
Debtor Claimed Exemption | 3,373.18 | 0.00 | | 0.00 | FA | 0.00 | 3,373.18 |
| 13. 2009 TAX REFUND  
Debtor Claimed Exemption | 5,000.00 | 3,409.07 | | 0.00 | FA | 0.00 | 1,590.93 |
| 14. 2005 PRIUS  
Debtor Claimed Exemption | 9,325.00 | 1,960.00 | | 5,000.00 | FA | 4,965.00 | 2,400.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $520,066.22 $21,090.43 $8,266.00 $0.00 $382,597.00 $189,010.79

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 06/01/12   Current Projected Date of Final Report (TFR): 03/22/13

       /s/   Frances Gecker
_____  Date: 06/21/13
       FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-08059 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | MOSS, GAIL A | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5833 GENERAL CHECKING |
| Taxpayer ID No: | *******0472 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 02/13/12 | 14 | GAIL A. MOSS<br>220 CHARLES PLACE<br>WILMETTE, IL 60091 | Equity in Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| C 02/13/12 | 3 | GAIL A. MOSS<br>220 CHARLES PLACE<br>WILMETTE, IL 60091 | Etrade Account | 1129-000 | 3,266.00 | | 8,266.00 |
| C t 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 8,266.00 | 0.00 |

|  |  |
|---|---|
| | COLUMN TOTALS | 8,266.00 | 8,266.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 8,266.00 |
| * Reversed | Subtotal | 8,266.00 | 0.00 |
| t Funds Transfer | Less: Payments to Debtors | | 0.00 |
| C Bank Cleared | Net | 8,266.00 | 0.00 |

Page Subtotals 8,266.00 8,266.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-08059 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | MOSS, GAIL A | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7017  GENERAL CHECKING |
| Taxpayer ID No: | *******0472 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,266.00 | | 8,266.00 |
| C 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | 7.46 | 8,258.54 |
| C 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 6.73 | 8,251.81 |
| C 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 3.27 | 8,248.54 |
| * C 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-003 | | 12.26 | 8,236.28 |
| * C 04/17/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE Bank charged fee after STOP BANK FEES had been issued.  Bank of New York Mellon refunded fee. | 2600-003 | | -12.26 | 8,248.54 |
| C 05/16/13 | 010001 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,576.60 | 6,671.94 |
| C 05/16/13 | 010002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Attorney for Trustee Fees (Trustee  Fees            1,433.00 | 3110-000 | | 1,433.45 | 5,238.49 |
| | | | Page Subtotals | | 8,266.00 | 3,027.51 | |

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-08059 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | MOSS, GAIL A | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7017 GENERAL CHECKING |
| Taxpayer ID No: | *******0472 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses       0.45 | 3120-000 | | | |
| C  05/16/13 | 010003 | FIA CARD SERVICES AKA BANK OF AMERICA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000001, Payment 3.75% | 7100-000 | | 1,028.75 | 4,209.74 |
| C  05/16/13 | 010004 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS<br>ASSIGNEE OF CHASE BANK USA, NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000002, Payment 3.75% | 7100-000 | | 952.56 | 3,257.18 |
| C  05/16/13 | 010005 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000003, Payment 3.75% | 7100-000 | | 412.49 | 2,844.69 |
| C  05/16/13 | 010006 | FIA CARD SERVICES, N.A. SUCCESSOR TO<br>BANK OF AMERICA NA & MBNA AMERICA<br>BANK NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000005, Payment 3.75% | 7100-000 | | 942.15 | 1,902.54 |
| C  05/16/13 | 010007 | STATE FARM BANK, FSB<br>ATTN: BCC BANKRUPTCY<br>PO BOX 2328<br>BLOOMINGTON IL 61702-2328 | Claim 000006, Payment 3.75% | 7100-000 | | 1,902.54 | 0.00 |

Page Subtotals        0.00        5,238.49

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-08059 -TAB |
| Case Name: | MOSS, GAIL A |
| Taxpayer ID No: | *******0472 |
| For Period Ending: | 06/21/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7017  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,266.00 | 8,266.00 |   0.00 |
| Less:  Bank Transfers/CD's | 8,266.00 | 0.00 | |
| Subtotal | 0.00 | 8,266.00 | |
| Less:  Payments to Debtors |  | 0.00 | |
| Net | 0.00 | 8,266.00 | |

\* Reversed
t Funds Transfer
C Bank Cleared

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********5833 | 8,266.00 | 0.00 | 0.00 |
| GENERAL CHECKING - ********7017 | 0.00 | 8,266.00 | 0.00 |
| | 8,266.00 | 8,266.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ___/s/   Frances Gecker___  Date: 06/21/13
FRANCES GECKER

Page Subtotals        0.00        0.00

Ver: 17.02d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*